**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cirilo OROZCO–SANCHEZ,**
**Defendant–Appellant.**

**No. 11–10549.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2013.*

Filed June 13, 2013.

Cirilo Orozco–Sanchez, Tucson, AZ, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Harriette P. Levitt, Law Offices of Harriette P. Levitt, Tucson, AZ, for Defendant–Appellant.

Before: HAWKINS, McKEOWN, and BERZON, Circuit Judges.

MEMORANDUM **

Cirilo Orozco–Sanchez appeals from the district court's judgment and challenges his guilty-plea conviction and 63–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Orozco–Sanchez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Orozco–Sanchez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Orozco–Sanchez has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.